IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT RAMIREZ**, | CIVIL ACTION NO. 1:22-CV-651 |
| Petitioner | (Judge Conner) |
| v. | |
| **KEVIN RANSOM**, *et al.*, | |
| Respondents | |

## **ORDER**

AND NOW, this 3rd day of June, 2022, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DISMISSED WITH PREJUDICE.

2. The Clerk of Court is DIRECTED to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania